THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BLUE RIBBON PROVISIONS, INC., Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of regulation 6, section 137, and section 184, of the Sanitary

Code of the City of New York, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.